# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 25-15237 |
| v. | : Honorable Stacey D. Adams, U.S.M.J. |
| FELIX POLONIA | : **CRIMINAL COMPLAINT** |

I, Angel Rodriguez, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

/s/ Angel Rodriguez
_____
Angel Rodriguez, Special Agent
Drug Enforcement Administration

Special Agent Angel Rodriguez attested to this Affidavit by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on July 28, 2025, in the District of New Jersey.

/s/ Stacey D. Adams
_____
Honorable Stacey D. Adams
United States Magistrate Judge

## **ATTACHMENT A**

(Conspiracy to Distribute Controlled Substances)

From in or around July 2024 through in or around October 2024, in the District of New Jersey and elsewhere, the defendant,

**FELIX POLONIA,**

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of Tapentadol, a Schedule II controlled substance; Methamphetamine, a Schedule II controlled substance; Carisoprodol, a Schedule IV controlled substance; Modafinil, a Schedule IV controlled substance; and Zaleplon, a Schedule IV controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

I, Angel Rodriguez, am a Special Agent with the Drug Enforcement Administration. The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including laboratory reports, video and physical surveillance, and other documents. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Law enforcement has been investigating a drug trafficking organization (the "DTO") involved in the distribution of controlled substances via the United States mail to locations throughout the United States, to include within the District of New Jersey, New York, and elsewhere. The investigation has revealed that Felix Polonia ("POLONIA") is a member and associate of the DTO.

2. On or about September 5, 2024, law enforcement observed a member of the conspiracy ("Co-Conspirator-1") transport multiple sealed parcels to a United States Postal Office location ("the USPO Location") in or near the Bronx, New York. Law enforcement then observed Co-Conspirator-1 ship approximately 35 parcels from the USPO Location, 3 of which were intercepted by law enforcement ("the Intercepted Parcels") and searched pursuant to court-authorized warrants.

3. The contents of the Intercepted Parcels were confirmed by laboratory testing to contain approximately 1,440 individual tablets of Carisoprodol, a Schedule IV controlled substance, and approximately 360 individual tablets of Tapentadol, a Schedule IV controlled substance.

4. On or about October 3, 2024, law enforcement agents searched the residence of Co-Conspirator-1 located in or near the Bronx, New York ("the Co-Conspirator-1 Residence") pursuant to a court-authorized warrant. Co-Conspirator-1 was present during the search of the Co-Conspirator-1 Residence. During the search of the Co-Conspirator-1 Residence, law enforcement recovered approximately 131,000 individual tablets[1] of various controlled substances that were stored within multiple cardboard shipping boxes and confirmed by laboratory testing to include Tapentadol and

---

[1] The individual tablets were located both withing individual blister packages, as well as loose within various clear plastic bags.

Methamphetamine, Schedule II controlled substances, and Carisoprodol, Modafinil, and Zaleplon, Schedule IV controlled substances.

5. During the search of the Co-Conspirator-1 Residence, law enforcement also recovered a large cardboard box ("the UPS Parcel") containing various controlled substances that had an affixed United Parcel Service ("UPS") label. The UPS label listed the recipient name of POLONIA, a recipient address confirmed by law enforcement through a search of government databases to be the personal residence of POLONIA ("the Polonia Residence") located in or near Garfield, New Jersey, as well as a UPS tracking number ("the UPS Parcel Tracking Number").

6. Records from UPS associated with the UPS Parcel and the UPS Parcel Tracking Number revealed the UPS Parcel recipient's name of POLONIA, the recipient's address of the Polonia Residence, and a delivery date to the Polonia Residence of on or about July 18, 2024. Further, the records revealed the UPS Parcel sender name and the sender address to be associated with a fraudulent domestic-based company known to law enforcement to routinely ship controlled substances to other members of the DTO throughout the United States.

7. The investigation further revealed that:

   a. Co-Conspirator-1 was a member of the DTO, and routinely shipped controlled substances through the United States mail at the direction of other members of the conspiracy for financial compensation;

   b. POLONIA was also a member of the DTO, and was a source of supply of controlled substances to Co-Conspirator-1; and

   c. The UPS Parcel located by law enforcement in the Co-Conspirator-1 Residence that contained controlled substances was provided to Co-Conspirator-1 on or about July 25, 2025 from POLONIA in or near the Polonia Residence.

8. At the time of the search of the Co-Conspirator-1 Residence, law enforcement also a recovered the personal cellular device of Co-Conspirator-1 ("the Co-Conspirator-1 Phone"). A lawful search of the Co-Conspirior-1 Phone revealed the following text and audio message conversations on the Co-Conspirator-1 Phone between Co-Conspirator-1 and other members of the conspiracy:

   a. On or about July 23, 2024, another member of the conspiracy ("Co-Conspirator-2") texted Co-Conspirator-1 and provided Co-Conspirator-1 with POLONIA's name and a cellular phone

       number ("the Polonia Phone[2]") for the purpose of obtaining controlled substances from POLINIA at a later date, and directed Co-Conspirator-1 to send POLONIA approximately $300 via Zelle[3] as payment ("the Zelle Transaction") for the controlled substances;

  b. Co-Conspirator-1 then texted Co-Conspirator-2 an image of a Zelle transaction confirmation message associated with the Zelle Transaction;

  c. On or about July 24, 2025, another member of the conspiracy ("Co-Conspirator-3") texted Co-Conspirator-1 and informed Co-Conspirator-1 that POLONIA had received the funds associated with the Zelle Transaction and provided Co-Conspirator-1 with the address associated with the Polonia Residence. In response, Co-Conspirator-1 relayed via text message to Co-Conspirator-3 that Co-Conspirator-1 would travel to the Polonia Residence the following day to obtain the controlled substances from POLONIA;

  d. On or about July 25, 2025, Co-Conspirator-1 contacted the Polonia Phone via text message and stated Co-Conspirator-1 had arrived in the vicinity of the Polonia Residence; and

  e. Shortly thereafter that same day, the Polonia Phone sent an audio message to Co-Conspirator-1 informing Co-Conspirator-1 that Co-Conspirator-1 had parked Co-Conspirator-1's vehicle ("the Co-Conspirator-1 Vehicle") in the wrong location and that Co-Conspirator-1 needed to move the Co-Conspirator-1 Vehicle closer to the Polonia Residence.

  f. Shortly thereafter that same day, POLINIA then provided Co-Conspirator-1 with the UPS Parcel in the vicinity of the Polonia Residence.

---

[2]     Records from T-Mobile revealed that the Polonia Phone had a listed subscriber name of POLONIA and a listed subscriber address of the Polonia Residence from on or about December 9, 2023, through on or about September 29, 2024. On or about September 29, 2024, the subscriber's name on the Polonia Phone was changed to a name known to law enforcement through a search of open-source databases to be associated with a first degree relative of POLONIA.

[3]     Shortly thereafter, Co-Conspirator-1 directed an individual ("Individual-1") to transfer approximately $300 to a Zelle account associated with the Polonia Phone.

9. Records from Zelle revealed the recipient information associated with the Zelle Transaction to be the recipient's name of POLONIA, a recipient address of the Polonia Residence, and a recipient phone number of the phone number associated with the Polonia Phone ("the Polonia Zelle Account"). Additionally, the returns revealed that the Polonia Zelle Account did in fact receive a payment of approximately $300 from Individual-1 on or about July 23, 2024.

10. Between in or around February 2025 through in or around March 2025, law enforcement agents, while conducting surveillance in the vicinity of the Polonia Residence, observed Polonia transferring large boxes to and from the Polonia Residence which appeared similar in size and shape to the UPS Parcel.